MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
ELLINOR R. CODER, CSBN 258258
Special Assistant United States Attorney
   160 Spear Street, Suite 800
   San Francisco, California 94105
   Telephone: (415) 977-8955
   Facsimile: (415) 744-0134
   E-Mail: Ellinor.Coder@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| STEPHANIE ANN RINGSTAD,<br><br>    Plaintiff,<br><br>vs.<br>NANCY A. BERRHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:18-cv-01066-DMC<br><br>ORDER |

    Having reviewed Defendant's motion for an extension and finding good cause, the Court hereby EXTENDS the schedule in this matter as follows. The deadline for Defendant to file her response to Plaintiff's motion for summary judgment is extended thirty (30) days to February 21, 2019.

    / / /

All other deadlines and scheduling matters set forth in the Court's July 3, 2018 scheduling Order remain the same.

Dated: January 25, 2019

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE