# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE ANN RINGSTAD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | No. 2:18-CV-1066-DMC<br><br><br>ORDER |

Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g). Pursuant to the written consent of all parties, this case is before the undersigned as the presiding judge for all purposes, including entry of final judgment. See 28 U.S.C. § 636(c). Pursuant to the parties' stipulation (Doc. 17), this matter is remanded to the Commissioner of Social Security pursuant to Sentence Four of 42 U.S.C. § 405(g) for further proceedings consistent with the

/ / /

/ / /

/ / /

/ / /

1

parties' stipulation.  The Clerk of the Court is directed to enter judgment and close this file.

        IT IS SO ORDERERED

Dated:  February 27, 2019

                                   DENNIS M. COTA
                                   UNITED STATES MAGISTRATE JUDGE